■ SAM RAO et al., Plaintiffs, v PETER A. AVERSON et al., Defendants and Third-Party Plaintiffs-Respondents. MICHAEL T. RAO, Third-Party Defendant-Appellant. Present—Dillon, P. J., Callahan, Boomer, Balio and Lawton, JJ.